IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 1:07-CV-3183-CC |
| S&S ENTERPRISES, INC.; TEMPUS NUTRITIONALS, INC.; STEVEN A. BLINDER; CHRIS BLINDER, | : |
| Defendants. | : |

**ORDER**

The Court having been advised by counsel of record in the above-styled action that this case has settled but that the parties need additional time to consummate the settlement, the Court hereby **ORDERS** that this action be administratively closed without prejudice to the right of the parties to reopen the action within thirty (30) days if settlement is not consummated.

SO ORDERED this 8th day of April, 2010.

*s/   CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE